UNITED STATES of America, Appellant, v. Eldon FINK.

No. 13514.

Circuit Court of Appeals, Eighth Circuit.

April 14, 1947.

Joseph T. Votava, U. S. Atty., and A. Z. Donato, Asst. U. S. Atty., both of Omaha, Neb., for appellant.

Charles H. Yost, of Fremont, Neb., for appellee.

PER CURIAM.

Appeal from District Court, 69 F.Supp. 610, dismissed, on motion of appellant and consent of appellee.

UNITED STATES of America, Appellant, v. OREGON CITY WOOLEN MILLS, a Corporation, and C. L. Kelly, Appellees.

No. 11542.

Circuit Court of Appeals, Ninth Circuit.

July 28, 1947.

Henry L. Hess, U. S. Atty., and Victor E. Harr, Asst. U. S. Atty., both of Portland, Or., for appellant.

No appearance for appellee.

Before GARRECHT, MATHEWS, and HEALY, Circuit Judges.

PER CURIAM.

The judgment of the District Court is reversed upon the authority of United States v. Palletz, 67 S.Ct. 1095, and United States v. Kromer, 67 S.Ct. 1095.

Arthur WHITMORE, Appellant, v. C. J. SHUTTLEWORTH, Warden, Federal Correctional Institution, Milan, Michigan, Appellee.

No. 10424.

Circuit Court of Appeals, Sixth Circuit.

June 5, 1947.

Arthur Whitmore, of Milan, Mich., in pro. per.

John C. Lehr, of Detroit, Mich., for appellee.

Before HICKS, ALLEN, and MILLER, Circuit Judges.

PER CURIAM.

This cause was heard upon the record, briefs and argument of counsel for appellee, and the court being of opinion that there is no reversible error upon the record, it is ordered and adjudged that the order appealed from entered October 14, 1946, be and the same is in all things affirmed.